IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>V.   )<br>  )<br>SHANE BRIAN TAYLOR,   )<br>  )<br>           Defendant.   )<br>_____) | Criminal No. 1:04cr225 |

### ORDER

This matter comes before the Court on the Defendant's motion for reduction of sentence.  It appearing to the Court that the sentence previously imposed was correct for the reasons stated, it is hereby

ORDERED that the Defendant's motion is DENIED.

                                        /s/
                              _____
                              CLAUDE M. HILTON
                              UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
July 5, 2005